PARKWOOD ASS'N v. CAPITAL HEALTH CARE INVESTORS

No. 260P99

Case below: 133 N.C.App. 158

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

PATRICK v. ALLSTATE INS. CO.

No. 149PA99

Case below: 132 N.C.App. 586

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999 for the limited purpose of entering an order remanding the case to the North Carolina Court of Appeals for a decision consistent with this Court's decisions in *Progressive Am. Ins. Co. v. Vasquez*, 350 N.C. 386, and *Piazza v. Little*, 350 N.C. 585.

POE v. ATLAS-SOUNDELIER/AMERICAN TRADING & PROD. CORP.

No. 167P99

Case below: 132 N.C.App. 472

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999. Motion by defendants to dismiss petition for discretionary review denied 22 July 1999.

PRIOR v. PRUETT

No. 160P99

Case below: 131 N.C.App. 878

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

ROBINSON v. LEACH

No. 308P99

Case below: 133 N.C.App. 436

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.